Query    Reports    Utilities    Help    What's New    Log Out

CLOSED

## U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CRIMINAL DOCKET FOR CASE #: 2:22-mj-00103-DB All Defendants

| | |
|---|---|
| Case title: USA v. Williams, et al. | Date Filed: 06/30/2022 |
| Other court case number: 4:22-cr-0153-SDJ-KPJ USDC, Eastern District of Texas, Sherman | Date Terminated: 07/01/2022 |

Assigned to: Magistrate Judge Deborah Barnes

**Defendant (1)**

Sierra Williams                                       represented by   **Rachelle Barbour**
*TERMINATED: 06/30/2022*                                               Office of the Federal Defender
                                                                       801 I Street, 3rd Floor
                                                                       Sacramento, CA 95814
                                                                       916-498-5700
                                                                       Fax: 916-498-5710
                                                                       Email: rachelle_barbour@fd.org
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*
                                                                       *Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| RULE 5(c)(3) | |

Assigned to: Magistrate Judge Deborah

Barnes

**Defendant (2)**

**Jacob Koch**     represented by **Michael E. Hansen**
*TERMINATED: 07/01/2022*     Michael Hansen
711 Ninth Street
Sacramento, CA 95814
916-438-7711
Fax: 916-864-1359
Email: mhansen@criminal-defenses.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| RULE 5(c)(3) | |

---

**Plaintiff**

**USA**     represented by **Alexis Klein**
U.S. Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814
916-554-2772
Email: Alexis.Klein@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/30/2022 | | RULE 5(c)(3) ARREST as to Sierra Williams (1) and Jacob Koch (2) from USDC, Eastern District of Texas, Sherman Division. Other District Case Number: 4:22-cr-00154-SDJ-KPJ. (York, M) (Entered: 06/30/2022) |
| 06/30/2022 | 1 | MINUTE ORDER (Text Only Entry) issued by Courtroom Deputy for Magistrate Judge |

| | | |
|---|---|---|
| | | Deborah Barnes on 6/30/22: CASE UNSEALED as to Sierra Williams and Jacob Koch per authorization of the Texas AUSA. (York, M) (Entered: 06/30/2022) |
| 06/30/2022 | 2 | MINUTES (Text Only) for INITIAL APPEARANCE in RULE 5(c)(3) PROCEEDINGS (Indictment out of the Eastern Dist. TX; 4:22-cr-00154-SDJ-KPJ) as to Sierra Williams (1) and Jacob Koch (2) held before Magistrate Judge Deborah Barnes on 6/30/2022. Defendants present, in custody. Rachelle Barbour with the Office of the Federal Defender, appointed for Sierra Williams (1) and Attorney Michael E. Hansen appointed for Jacob Koch (2). The defendants waived full reading of the Indictment. They were advised of their rights and pending charges. The defendants waived any identity hearing and Rule 20 is not an option. AS TO DETENTION: **Sierra Williams (1)** : The government submit based on the Pretrial Services' recommendation. Defense concurred with the recommendation with a modification of Condition Number 12, as stated on the record. Ms. Williams is RELEASED on her own recognizance. Defendant shall comply with all standard and special conditions of release as stated on the record. Defendant advised of failure to appear penalties. Defendant is ORDERED to report to the Pretrial Services Agency, at 501 I Street, 2nd Floor, Sacramento, CA, 95814, on 7/1/2022, at 9:00 AM. The government is DIRECTED to provide a date and time of Ms. Williams' next appearance in the Eastern District of Texas and notify the Court and defense counsel. Furthermore, to notify the Court by close of business tomorrow, 7/1/2022, if a hearing is not set in that charging district. Defendant ordered to appear at her next court appearance in Texas. **As to Jacob Koch (2)** : The Pretrial Services Officer informed the Court she was unable to interview the defendant. The government moved for detention, however, will agree to continue the hearing to allow the interview with PTS. At the request of defense, without objection by the government, Detention Hearing CONTINUED to 7/1/2022, at 02:00 PM, in Courtroom 27 (DB), before Magistrate Judge Deborah Barnes. Defendant Ordered TEMPORARILY DETAINED. Government Counsel: Elliot Wong, present. Defense Counsel: Rachelle Barbour, present. Custody Status: Present, both in custody. Court Reporter: ECRO:K.Spichka (York, M) (Entered: 07/01/2022) |
| 06/30/2022 | 3 | SHACKLING MINUTE ORDER issued by Courtroom Deputy for Magistrate Judge Deborah Barnes on 06/30/2022: Pursuant to Local Rule 401, the Court hereby determined that the appropriate restraint level for Jacob Koch (2) is LEGS ONLY (USM # 08520-510). (York, M) (Entered: 07/01/2022) |
| 06/30/2022 | 4 | NOTICE to DEFENDANT BEING RELEASED as to Sierra Williams (1). (York, M) (Entered: 07/01/2022) |
| 06/30/2022 | 5 | PERSONAL RECOGNIZANCE BOND as to Sierra Williams (1). (York, M) (Entered: 07/01/2022) |
| 06/30/2022 | 6 | ORDER FOR RELEASE OF PERSON IN CUSTODY as to Sierra Williams (1) signed by Magistrate Judge Deborah Barnes on 06/30/2022. (cc: USMS) (York, M) (Entered: 07/01/2022) |
| 06/30/2022 | 7 | SPECIAL CONDITIONS of RELEASE as to Sierra Williams (1). (York, M) (Entered: 07/01/2022) |
| 07/01/2022 | 8 | MINUTES (Text Only) for DETENTION HEARING (Indictment out of the Eastern Dist. TX; 4:22-cr-00154-SDJ-KPJ) as to Jacob Koch (2) held before Magistrate Judge Deborah Barnes on 7/1/2022. Defendant present, in custody. CJA counsel Michael Hansen previously appointed to represent the defendant. Defendant was advised of his rights. The government submitted on the Pretrial Services recommendation. The Court ordered the defendant RELEASED on a $10,000 unsecured bond, co-signed by Gina Ronzone (mother) and Sally Ronzone (grandmother), with Pretrial Services supervision. Defendant is ORDERED to report to the Pretrial Services Agency, at 501 I Street, 2nd Floor, Sacramento, CA, 95814, for a meeting and drug testing on 7/5/2022, at 9 AM. Defendant |

| | | |
|---|---|---|
| | | shall comply with all standard and special conditions of release as stated on the record. Defendant ORDERED to appear at his next court appearance in the Eastern District of Texas, on 7/14/2022, at 9:30 AM, before Magistrate Judge Kimberly Johnson, at U. S. Courthouse, 7940 Preston Road, Plano, TX 75024. Defendant advised of failure to appear penalties. Defense counsel informed the Court that the co-defendant, Sierra Williams, was not released on time due to the out-of-district warrant from the FBI not being recalled. As the Court cannot order the FBI to recall a warrant, AUSA Kinsella will confirm with the FBI that Mr. Koch's warrant is not active and there is no issue. Government Counsel: Adrian Kinsella for Alexis Kleint, present. Defense Counsel: Michael Hansen present. Custody Status: Present, in custody. Court Reporter: ECRO: K.Spichka. (York, M) (Entered: 07/03/2022) |
| 07/01/2022 | 9 | NOTICE to DEFENDANT BEING RELEASED as to Jacob Koch (2). (York, M) (Entered: 07/03/2022) |
| 07/01/2022 | 10 | UNSECURED BOND as to Jacob Koch (2) in the amount of $10,000, co-signed by Gina Ronzone and Sally Ronzone. (York, M) (Entered: 07/03/2022) |
| 07/01/2022 | 11 | ORDER FOR RELEASE OF PERSON IN CUSTODY signed by Magistrate Judge Deborah Barnes on 7/1/2022 as to Jacob Koch. (cc: USMS) (York, M) (Entered: 07/03/2022) |
| 07/01/2022 | 12 | SPECIAL CONDITIONS of RELEASE as to Jacob Koch (2). (York, M) (Entered: 07/03/2022) |
| 07/05/2022 | 13 | TRANSMITTAL of DOCUMENTS re 6 and 11 Orders for Release of Person in Custody, on *7/1/2022* to * Clerk, Paul Brown United States Courthouse* *101 East Pecan Street* *Room 216* *Sherman, Texas 75090*.<br>*Electronic Documents: 1 to 12 * (York, M) (Entered: 07/05/2022) |
| 07/06/2022 | 14 | MOTION Transportation Order to Other District Pursuant to 18 USC 4285 by Sierra Williams. (Attachments: # 1 Proposed Order)(Barbour, Rachelle) (Entered: 07/06/2022) |
| 07/06/2022 | 15 | ORDER FOR TRANSPORTATION signed by Magistrate Judge Deborah Barnes on 7/6/2022 GRANTING 14 Motion for Transportation as to Sierra Williams to Other District Pursuant to 18 USC 4285, and subsistence expenses for travel from her residence in Placerville, CA, to the place where her appearance is required, in Plano, Texas to timely make her court appearance there on 7/14/2022 at 9:30 AM. This order includes airfare as well as ground transportation to and from the Eastern District of Texas, Plano Division, from the closest commercial airport. This also includes travel back to her home in this District. The U.S. Marshal must furnish Ms. Williams with money for subsistence expenses to and from destination, including any stay in the other judicial district, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code. (Certified copy of order to USM) (Reader, L) (Entered: 07/06/2022) |

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No.   2:22-mj-00103-DB |
| SIERRA WILLIAMS, ) | |
| *Defendant* ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ SIERRA WILLIAMS _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

  (☒) to appear for court proceedings;
  (☒) if convicted, to surrender to serve a sentence that the court may impose; or
  (☐) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(X) (1)  This is a personal recognizance bond.

(☐) (2)  This is an unsecured bond of $

(☐) (3)  This is a secured bond of $                    , secured by:

  (☐) (a) $                    , in cash deposited with the court.

  (☐) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

  If this bond is secured by real property, documents to protect the secured interest may be filed of record.

  (☐) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 6/30/2022

X *[signature]*
*Defendant's signature*

_____          _____
*Surety/property owner – printed name*          *Surety/property owner – signature and date*

_____          _____
*Surety/property owner – printed name*          *Surety/property owner – signature and date*

_____          _____
*Surety/property owner – printed name*          *Surety/property owner – signature and date*

| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>June 30, 2022<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |
|---|---|

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SIERRA WILLIAMS,

    Defendant.

Case No. 22:22-mj-00103-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SIERRA WILLIAMS ,

Case No.  2:22-mj-00103-DB   Charge 21 U.S.C. § 846, from custody for the following reasons:

      **X**    Release on Personal Recognizance

      _____    Bail Posted in the Sum of $ _____

          _____    Unsecured Appearance Bond $ _____

          _____    Appearance Bond with 10% Deposit

          _____    Appearance Bond with Surety

          _____    Corporate Surety Bail Bond

          _____    (Other):

Issued at Sacramento, California on June 30, 2022, at   2:47 PM

Dated:  June 30, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

# SPECIAL CONDITIONS OF RELEASE

Re: Williams, Sierra
No.: 2:22-MJ-00103-DB-1
Date: June 30, 2022

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the **Eastern District of California** and the **Eastern District of Texas** for Court purposes only, unless otherwise approved in advance by the pretrial services officer;

6. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You must refrain from **excessive** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

10. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

11. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

12. You must not associate or have any contact with any co-defendants in this federal case, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

13. You must report any contact with law enforcement to your pretrial services officer within 24 hours; and,

14. You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.

HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700  Fax: 916-498-5710

Attorneys for Defendant
SIERRA WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. Cr. S. 2:22-mj-00103-DB___ |
| Plaintiff, | ) |
| | ) REQUEST AND [PROPOSED] ORDER FOR |
| v. | ) TRANSPORTATION PURSUANT TO 18 |
| | ) U.S.C. §4285 |
| SIERRA WILLIAMS, | ) |
| | ) Judge: Hon. Deborah Barnes |
| Defendant. | ) |
| | ) |

I.  **BACKGROUND**

Ms. Williams is charged in the Eastern District of Texas, Sherman Division, in case number 4:22cr154. Ms. Williams lives in Placerville, California and first appeared in this Court on June 30, 2022, under Federal Rule of Criminal Procedure 5. She was ordered released from custody that same day. She is being supervised by the Pretrial Services Office.

The Court ordered Ms. Williams to appear in the Eastern District of Texas. The Government has indicated that the arraignment is set for **July 14, 2022 at 9:30 a.m.** before Magistrate Judge Kimberly Johnson, at the U.S. Courthouse at 7940 Preston Road, Plano, Texas.

Mr. Williams is a grocery store worker and has been appointed counsel in this District. She is unable to pay for airfare and transportation to and from Plano, Texas, especially on such short notice.

## II. LAW

If the Court finds that the defendant is "financially unable to provide the necessary transportation to appear before the required court on his own" then the Court may order the U.S. Marshal Service to arrange for the person's noncustodial transportation to appear in court. 18 U.S.C. section 4285. The U.S. Marshal Service may also be authorized to provide money for subsistence as provided for under 5 U.S.C. §5702(a). See 18 U.S.C. § 4285. This statute applies where a defendant is released in one district on a condition of her subsequent appearance in "another judicial district in which criminal proceedings are pending." 18 U.S.C. §4285.

## III. REQUEST

The facts presented indicate that Ms. Williams is not able to pay for the cost of her transportation to the Eastern District of Texas, for her appearance in Plano, Texas next week. Accordingly, Ms. Williams requests that this Court order payments pursuant to 18 U.S.C. § 4285 for transportation from Sacramento, California to the court in Plano, Texas, her subsistence while attending her hearing, and her return to Sacramento after the hearing.

Pretrial Services has been given a copy of this request. <u>A hearing on this matter is not requested.</u> A proposed order is attached.

Dated: July 6, 2022

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney for Defendant
SIERRA WILLIAMS

HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710
Rachelle_Barbour@fd.org

Attorneys for Defendant
SIERRA WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr. S. 2:22-mj-00103-DB |
| Plaintiff, | [PROPOSED] ORDER FOR TRANSPORTATION PURSUANT TO 18 U.S.C. §4285 |
| v. | |
| SIERRA WILLIAMS, | Judge: Hon. Deborah Barnes |
| Defendant. | |

**TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This is to authorize and direct you to furnish the above-named defendant, SIERRA WILLIAMS with transportation and subsistence expenses for travel from her residence in Placerville, California, to the place where her appearance is required, in **Plano, Texas** to timely make her court appearance there on **July 14, 2022 at 9:30 a.m.** This order includes airfare as well as ground transportation to and from the Eastern District of Texas, Plano Division, from the closest commercial airport.  This also includes travel back to her home in this District.

//

//

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The United States Marshal must furnish Ms. Williams with money for subsistence expenses to and from destination, including any stay in the other judicial district, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code. This order is authorized pursuant to 18 U.S.C. §4285.

IT IS SO ORDERED.

Dated: July ___, 2022

                                        HON. DEBORAH BARNES
  &nbsn;                                     United States Magistrate Judge